Amy P. Lally, SBN 198555
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Tel: (310) 595-9500
Fax: (310) 595-9501

Kara L. McCall (*pro hac vice* application pending)
kmccall@sidley.com
SIDLEY AUSTIN LLP
One South Deaborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Adriane Peralta, SBN 304357
adriane.peralta@sidley.com
Celia Spalding, SBN 313121
cspalding@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
Tel: (213) 896-6000
Fax: (213) 896-6600

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA SEEGERT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REXALL SUNDOWN, INC.,<br><br>Defendant. | Case No. 3:17-cv-01243-JAH-JLB<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Judge:   Honorable John A. Houston<br>Date:    March 19, 2018<br>Time:    2:30 p.m.<br>Location: James M. Carter and Judith N. Keep U.S. Courthouse Courtroom 13B (13th Floor) 333 West Broadway San Diego, California 92101 |

# NOTICE OF MOTION AND MOTION TO DISMISS

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 19, 2018 at 2:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 13(B) of the James M. Carter and Judith N. Keep United States Courthouse, located at 333 West Broadway, San Diego, California 92101, Defendant Rexall Sundown, Inc. ("Defendant") will and hereby does move pursuant to Federal Rules of Civil Procedure 8, 9(b), 12(b)(1), and 12(b)(6) to dismiss the First Amended Complaint ("Amended Complaint").

The Motion to Dismiss the Amended Complaint is made on the following grounds:

(1)  Plaintiff only purchased one of the four Osteo Bi-Flex® products ("Products") identified in the Amended Complaint and lacks standing to assert any claims, including any putative class claims, relating to Products that she did not purchase and advertising she did not see or on which she did not rely;

(2)  As to the one Product she did purchase, Plaintiff lacks standing because the Amended Complaint fails to show that the statements advertising the Product are *actually false* because the alleged studies upon which Plaintiff relies in the Amended Complaint (i) did not test the *combination* of active ingredients in the Product, and (ii) tested only some, but not all, of the ingredients in the Product for efficacy in the treatment of *osteoarthritis*, which the Product does not claim to treat;

(3)  The Amended Complaint is not pled with specificity, as required by Federal Rule of Civil Procedure 9(b), because Plaintiff does not explain (i) how Defendant misrepresented its Products, (ii) how the cited studies are relevant to Defendant's Products, and (iii) how Defendant's Products do not achieve the intended purpose.

The Motion to Dismiss is based on this notice of motion, the memorandum of points and authorities, and request for judicial notice and exhibits attached thereto, all

other papers and pleadings on file, and the argument of counsel at the hearing of this Motion, if any.

Dated: January 26, 2018

SIDLEY AUSTIN LLP

By: /s/ *Amy P. Lally*
Amy P. Lally
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Tel: (310) 595-9500
Fax: (310) 595-9501

Kara L. McCall (*pro hac vice* application pending)
kmccall@sidley.com
SIDLEY AUSTIN LLP
One South Deaborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Adriane Peralta
adriane.peralta@sidley.com
Celia Spalding
cspalding@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
Tel: (213) 896-6000
Fax: (213) 896-6600

*Attorneys for Defendant*

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                                            ) SS
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013.

I hereby certify that on January 26, 2018, I electronically filed the foregoing document described as **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT** with the United States District Court, Southern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Timothy G. Blood
Thomas J. O'Reardon, II
BLOOD HURST & O'REARDON LLP
501 West Broadway, Suite 1490
San Diego, CA 92101

Todd D. Carpenter
CARLSON LYNCH SWEET KIPELA & CARPENTER LLP
1350 Columbia Street, Suite 603
San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 26, 2018, at Los Angeles, California.

*/s/ Amy P. Lally*
Amy P. Lally