

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Seegert individually and on behalf of all others similarly situated | Civil Action No. 17-cv-01243-BEN-JLB |
| **Plaintiff,** V. | |
| Rexall Sundown, Inc.; The Nielsen Company (U.S.), LLC | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendant's Motion for Summary Judgment, and DENIES as moot Plaintiff's Motion for Class Certification.

Date: 4/6/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Exler
M. Exler, Deputy